No. 68507.—Far East Trade Council and H. B. Thomas & Co. et al. *v.* United States, protests 62/9647, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Mini Bachi stoves similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiffs was sustained.

No. 68508.—James Betesh Import Co. *v.* United States, protest 62/12334 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.